

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN JOSE CASTANEDA-LOPEZ,<br><br>　　　　Defendant. | Case No. CR 07-1373 MMM<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

　　The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) his immigration status is undocumented; (3) the instant allegations indicate that he is not amenable to supervision; and (4) defendant submitted to detention request.

　　and/or

Case 2:07-cr-01373-MMM   Document 35   Filed 01/27/09   Page 2 of 2   Page ID #:107

1  B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing
2      evidence that he/she is not likely to pose a danger to the safety of any other person or the
3      community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based
4      on:_____
5      _____

6  IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7  further revocation proceedings.
8  Dated: ____Jan. 27____, 2009.

                                                Fernando M. Olguin
                                                United States Magistrate Judge

2